# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-16591

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-30458-GBN |
| Joanne Johnson and Martinez J. Johnson<br>Debtors. | Chapter 13 |
| Wells Fargo Bank, N.A.<br>Movant,<br>vs. | ORDER<br><br>(Related to Docket #41) |
| Joanne Johnson and Martinez J. Johnson, Debtors,<br>Edward J. Maney, Trustee.<br><br>Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 21, 2008 and recorded in the office of the Clark County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Joanne Johnson and Martinez J. Johnson have an interest in, further described as:

> Parcel 1:
>
> Unit 103 in Module 18 of final map of LAKE MEAD COURT, as shown by Map thereof on file in Book 128 of Plats, Page 49, in the office of the County Recorder of Clark County, Nevada.
>
> TOGETHER WITH associated Garage Unit, as set forth in that certain Declaration of Covenants, Conditions and Restrictions and Reservation of Easements for LAKE MEAD COURT recorded March 3, 2006 in Book 20060303 as Document No. 0001473, Official Records.
>
> Parcel II:
>
> The exclusive right of use, possession and occupancy of those portions of the above-referenced Plat as designated as exclusive use areas and limited Common Elements, including, but not limited to, Yard Component, as defined in and subject to the Declaration, which are appurtenant to Parcel I described above.
>
> Parcel III:
>
> A non-exclusive easement of ingress, egress and enjoyment in, to and over the Association Property, including, but not limited to, "Private Streets", and "Common Elements", subject to and as set forth in that certain Declaration of Covenants, Conditions and Restrictions and ReseNation of Easements for LAKE MEAD COURT, recorded March 3, 2006 in Book 20060303 as Document No. 0001473, Official Records.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.